## 30909. GORDON v. GORDON.

UNDERCOFLER, Presiding Justice.

This appeal is from the award of custody of the children of the parties from the mother to the father based on a change of conditions.

In *Robinson v. Ashmore,* 232 Ga. 498, 500 (207 SE2d 434) (1974) this court said that reasonable evidence is sufficient to warrant the issuance of a new judgment based on changed conditions affecting the welfare of a child occurring after the rendition of a former final custody award.

There was reasonable evidence in this case to authorize the change in custody of the children.

*Judgment affirmed. All the Justices concur, except Gunter and Hall, JJ., who dissent.*

SUBMITTED MARCH 5, 1976 — DECIDED APRIL 6, 1976.

*L. Woodrow Cone,* for appellant.
*L. Eddie Benton, Jr.,* for appellee.

HALL, Justice, dissenting.

In my opinion there is no reasonable evidence in the record upon which the trial court could find that a change of condition had occurred after the rendition of the former final custody award that adversely affected the welfare of the minor children. For this reason, I would reverse the judgment of the trial court and allow the children to remain with their mother as provided in the former final custody award.